UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SEDRICK SMITH                                CIVIL ACTION NO.13-CV-2567

VERSUS                                              JUDGE DEE D. DRELL

PAT BOOK, ET AL                       MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint **as to Nurse Jason Torrey and Catahoula Correctional Center only** be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

Additionally, the Court notes the copy of the report and recommendation mailed December 04, 2013 to Mr. Smith's last known address was returned to the Clerk of Court on December 09, 2013, marked "return to sender." Thirty days have passed since December 09, 2013, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Mr. Smith's complaint is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3RD day of February ,2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT